UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHRISTINE MICHELE WILCZEWSKI | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| CHRISTINE MICHELE WILCZEWSKI | : | |
| Respondent | : | CASE NO. 5-19-bk-00425 |

## OBJECTION TO DEBTOR'S AMENDED EXEMPTIONS

AND NOW, this 22nd day November, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtor's exemptions for the following reason(s):

1. Trustee objects to debtor's exemption of assets claimed under 11 U.S.C. §522(d)(2).

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtor's Exemptions.

                                              Respectfully submitted,

                                              Charles J. DeHart, III
                                              Standing Chapter 13 Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA  17036
                                              (717)566-6097

        BY:              /s/Agatha R. McHale
                            Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this 22nd day November, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Caffese, Esquire
803 Main Street
Stroudsburg, PA 18360

                                                  /s/Deborah A. Behney
                                                  Office of Charles J. DeHart, III
                                                  Standing Chapter 13 Trustee